IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBI ROUSSEAU, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3108 |
| | ) | |
| v. | ) | |
| | ) | |
| THERMO KING CORPORATION, | ) | ORDER |
| a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to strike (Filing No. 14).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion to strike is granted; the clerk shall strike Filing Nos. 12 and 13 in this case.

DATED this 2nd day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court